IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LINDSAY SEARS,<br><br>Plaintiff,<br><br>v.<br><br>SARAH M. SHEELAR and COUNTY OF MARION, OREGON,<br><br>Defendants. | Case No. 6:12 CV 0090-TC<br><br>O R D E R |

    Magistrate Judge Coffin filed his Findings and Recommendation on May 9, 2013. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

    THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

    Dated this 4th day of June, 2013.

                                                           */s/ Ann Aiken*
                                          Ann Aiken, United States District Judge

Order -- Page 1